UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-cr-00068 |
| | ) | *UNDER SEAL* |
| CARLOS HERRERA | ) | |

## MOTION SEAL CASE

The United States requests that this Court temporarily order the above styled case to be sealed until such time that the Defendant appears for his initial appearance before a United States Magistrate Judge. In support of this motion, the undersigned Assistant United States Attorney advises that the defendant is potentially involved in an ongoing investigation into criminal activity in the Middle District of Tennessee, such that public disclosure of his case could compromise an ongoing investigation. The undersigned advises that upon the defendant's arrest, he will be provided a copy of the Indictment in this case. Following defendant's initial appearance, the undersigned will file an appropriate motion to unseal this matter.

Respectfully submitted,

**DAVID RIVERA**
United States Attorney

*s/Clay T. Lee*
Clay T. Lee
Assistant U.S. Attorney

[Handwritten annotation: UNDER SEAL Order This matter is GRANTED [signature] 4/16-14]