UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-cr-00068 |
| | ) | |
| CARLOS HERRERA | ) | |

**MOTION TO UNSEAL CASE**

*ORDER*
*This motion*
*is GRANTED*
*Will be unsealed*
*6-5-14*

The United States requests that this Court order the above styled case to be unsealed and all

matters become public record. The undersigned Assistant United States Attorney advises that the

reasons justifying its prior request to seal this case (i.e. the defendant's potential involvement in an

ongoing investigation) are no longer at issue.

Respectfully submitted,

**DAVID RIVERA**
United States Attorney
Middle District of Tennessee

*s/Clay T. Lee*
Clay T. Lee
Assistant U.S. Attorney