UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:14-00068 |
| ) | Senior Judge Haynes |
| ) | |
| CARLOS HERRERA ) | |

### MOTION TO CANCEL PLEA HEARING AND PRETRIAL CONFERENCE

Comes Carlos Herrera, through undersigned counsel, pursuant to this Court's order filed February 9, 2015 (Docket No. 13), and advises this Court that he will not be entering a plea on Monday, March 30, 2015, and therefore respectfully requests that the plea hearing scheduled for that date be cancelled. The defendant plans to file a motion to continue the trial, and as a result, respectfully requests that the pretrial conference scheduled for the same date be cancelled.

Respectfully submitted,

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Carlos Herrera

### CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2015, I electronically filed the foregoing Motion to Cancel Plea Hearing and Pretrial Conference with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Clay T. Lee,** Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ R. David Baker
R. DAVID BAKER

[Handwritten notation: "ORDER — This motion is GRANTED. [signature] 3-26-15"]