UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA        )
                                )
                                )
        v.                      )       No. 3:14-00068
                                )       Senior Judge Haynes
                                )
CARLOS HERRERA                  )

*[handwritten: Danied. This motion is moot HDTB. Jull HDTB 6-11-15]*

## MOTION TO CANCEL JUNE 15, 2015, PLEA HEARING

The defendant, Carlos Herrera, through undersigned counsel, and pursuant to this

Court's Orders filed at Docket Nos. 19 and 20, hereby advises this Court that he will **not** be

entering a plea on the scheduled date of **Monday, June 15, 2015**. Mr. Herrera respectfully

requests that the plea hearing scheduled for June 15, 2015, be cancelled. The parties are involved

in continuing negotiations and defense counsel's investigation and preparation of this case is on-

going. The defendant may file a file a motion to continue the trial, which is currently set for July

14, 2015, prior to the deadline for filing such a motion in this case, which is currently June 30,

2015. (See Docket No. 19.)

Respectfully submitted,

s/ *R. David Baker*
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Carlos Herrera